UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN EDWARD MORA,<br><br>Plaintiff,<br><br>v.<br><br>OGNJEN PETRAS, et al.,<br><br>Defendants. | No. 2:20-cv-0749-KJM-EFB P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 5, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations, ECF No. 16, and also has filed a letter, ECF No. 17, and request to add and serve one of the defendants the magistrate judge recommends be dismissed, ECF No. 18.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, including plaintiff's

/////

1

supplemental filings, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 5, 2020, are adopted in full; and

2. Plaintiff's claims against defendants Austin and Kolakowski are dismissed without prejudice.

DATED: July 17, 2020.

CHIEF UNITED STATES DISTRICT JUDGE