UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN EDWARD MORA,<br><br>            Plaintiff,<br><br>     v.<br><br>O. PETRAS,<br><br>            Defendant. | Case No.  2:20-cv-00749-KJM-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 51 |

Defendant has filed a motion for an extension of time to comply with the court's November 9, 2021 order.  ECF No. 51.  Good causing appearing, it is hereby ORDERED that:

1. Defendant's motion for an extension of time, ECF No. 51, is granted

2. By no later than January 10, 2022, defendant shall file either a renewed motion to seal or a stipulation to file on the public docket exhibits B, C, and D to the declaration of Deputy Attorney General Norman D. Morrison IV.

3. Absent a showing of extraordinary cause, no further extension will be granted.

IT IS SO ORDERED.

Dated:    December 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28