UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN EDWARD MORA, | Case No. 2:20-cv-00749-KJM-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |
| v. | |
| OGNJEN PETRAS, | ECF No. 40 |
| Defendant. | |

Plaintiff brought this action under 42 U.S.C. § 1983 alleging that defendant Petras violated his Eighth Amendment rights by exhibiting deliberate indifference toward his serious medical needs. On April 30, 2021, defendant filed a motion for summary judgment. ECF No. 38. On May 13, 2021, plaintiff filed an "opposition" that was, substantively, a request for extension of time to respond to defendant's motion. ECF No. 40. That request was not addressed by the court, and plaintiff did not file an opposition in the intervening months.

Plaintiff's request for additional of time, ECF No. 40, is now GRANTED. He must file a substantive opposition, if any, to defendant's motion by no later than February 17, 2022. After that time, the matter will be deemed submitted, and the court will issue recommendations based on the docket as it stands.

1

IT IS SO ORDERED.

Dated:   February 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE